UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN E. SANDLES,

    Petitioner,                               Case No. 2:11-CV-11777

v.                                           HONORABLE AVERN COHN
                                                 UNITED STATES DISTRICT JUDGE

PHILLIP MILLER,

    Respondent.
_____/

## ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

This is a case under 28 U.S.C. § 2241 in which Petitioner challenged the validity of his bank robbery conviction. The Court dismissed the petition on May 3, 2011. Doc. 3. Petitioner then filed a motion for reconsideration, Doc. 5, and a motion for clarification. Doc. 6. The Court denied the motions. Doc. 7. Petitioner filed a "Motion for a Certificate of Appealability or in the Alternative Notice of Appeal." Doc. 8.

A certificate of appealability (COA) is not needed to appeal the dismissal of a habeas petition filed under § 2241, *see Witham v. United States*, 355 F.3d 501, 504 (6th Cir. 2004). Accordingly, the motion for a COA is DENIED.

SO ORDERED.

Dated: August 17, 2011                 S/Avern Cohn
                                         AVERN COHN
                                         UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to John Sandles, 086-22367, 7266 Winthrop, Detroit, MI 48214 on this date, August 17, 2011, by electronic and/or ordinary mail.

                                                 S/Julie Owens
                                                 Case Manager, (313) 234-5160